1  David C. Bohrer (Bar No. 212397)
   David.bohrer@valoremlaw.com
2  VALOREM LAW GROUP, LLP
   60 South Market Street, Suite 1250
3  San Jose, California  95113-2396
   Telephone:   (408) 938-3882
4  Facsimile:    (408) 915-2672

5  J. Pat Heptig (Texas Bar No. 793940)
   (*pro hac vice pending*)
6    Pat.heptig@valoremlaw.com
     Of Counsel
7  VALOREM LAW GROUP, LLP
   15050 E. Beltwood Pkwy.
8  Addison, Texas  75001
   Telephone:   (214) 451-2154
9  Facsimile:    (312) 676-5499

10 Attorneys for Plaintiffs
   Plantronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation, | CASE NO. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | **JURY TRIAL DEMANDED** |
| C2 WIRELESS AND ACCESSORIES, LLC, a California limited liability company, | |
| Defendant. | |

COMPLAINT

This is an action for patent infringement in which plaintiff Plantronics, Inc. ("Plantronics" or "Plaintiff") makes the following allegations against defendant C2 Wireless and Accessories, LLC ("C2" or "Defendant").

**PARTIES**

1. Plaintiff Plantronics is a Delaware corporation with its principal place of business at 345 Encinal Street, Santa Cruz, California 95060.

2. Defendant C2 is a California limited liability company with its principal place of business at 1842 Barranca Parkway, Irvine, California 92606. C2 is a distributor of Bluetooth headsets, and, as such, imports, markets, offers for sale and/or sells Bluetooth headsets supplied by BlueAnt Wireless Pty., Ltd. and BlueAnt Wireless, Inc. (collectively "BlueAnt").

**JURISDICTION AND VENUE**

3. This is an action for patent infringement arising under the patent laws of the United States, Titles 35 and 17, United States Code, including 35 U.S.C. § 1, et seq. Accordingly, the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over C2 because it has conducted and does conduct business within the State of California, including within this District, and otherwise has sufficient contacts with the State of California, including within this District, to subject it to personal jurisdiction. C2 has committed and continues to commit acts of infringement in violation of 35 U.S.C. § 271 in the State of California, including in this District. C2's actions have harmed and continue to harm Plantronics within this District.

5. Venue is proper in the Northern District of California under 28 U.S.C. §§ 1391(b)-(c) and 1400(b). C2 transacts business within this District and offers for sale in this District products that infringe Plantronics' patent, and these and other contacts within this District are sufficient to subject C2 to personal jurisdiction. Venue is also proper because a substantial part of the events giving rise to the claims occurred in this District.

///

///

///

# BACKGROUND

## Plantronics and the Asserted Patents

6. Plantronics is a leader in headset technology, which formed in 1961 to address deficiencies in existing aviation headsets. It has since pioneered lightweight and mobile headsets for a wide array of applications, including, for example, personal and professional use, call-centers, office environments, pilots, emergency workers and even by astronauts.

7. United States Patent No. 5,712,453 ("'453 Patent"), entitled "Concha Headset Stabilizer" was issued by the United States Patent & Trademark Office ("USPTO") on January 27, 1998. A true and correct copy of the '453 Patent is attached hereto as Exhibit A.

8. On March 1, 2011, following an ex parte reexamination proceeding, the USPTO issued Reexamination Certificate No. 5,712,453 C1, in which the patentability of claims 1, 7, 10, and 11 in the '453 Patent were confirmed, and new claims 16 through 56 were added. A true and correct copy of the Reexamination Certificate is attached hereto as Exhibit B.

9. Plantronics is the owner by assignment of the entire right, title and interest in the "453 Patent, including the Reexamination Certificate No. 5,712,453 C1. The '453 Patent and Reexamination Certificate No. 5,712,453 C1 are hereafter referred to collectively as the "'453 Patent."

10. The '453 Patent is directed to the stabilization of headsets that have small receivers that fit in the lower concha of the ear (in front of the ear canal) and are therefore known as concha-style headsets.

11. Concha-style headsets are often embodied as Bluetooth headsets used with mobile devices.

12. The '453 Patent represents the fruit of years of extensive investment by Plantronics in human factors research regarding headset fit, comfort, stability and acoustics, which have become critical to competitive success in the Bluetooth headset market.

13. The '453 Patent describes and claims a concha-style headset that uses a novel technology that engages features of the concha on the outer ear to stabilize the headset (hereafter referred to as "concha-stabilized headsets" or "concha-stabilized headset technology").

14. Pursuant to 35 U.S.C. § 287, Plantronics has been properly marking its concha-stabilized headset products with the '453 Patent since at least as early as July of 2009.

**C2's Infringing Headsets**

15. BlueAnt manufactures, markets, uses, imports, sells and offers for sale in the United States infringing concha-stabilized headsets, including without limitation BlueAnt headset models "Q3", "Q2", "T1", and "T2 Endure."

16. C2 imports, distributes, sells and/or offers for sale in the United States (and in this District) infringing concha-stabilized headsets, including without limitation the BlueAnt headset models Q2, T1, and T2 Endure, directly to its customers using C2's online retail internet website (www.c2wireless.net).

17. C2's sales and offers for sale of the infringing BlueAnt Q2, T1, and T2 Endure headsets compete with Plantronics' concha-stabilized headsets and other Plantronics' products.

**COUNT I**

**(INFRINGEMENT OF THE '453 PATENT)**

18. Plantronics hereby incorporates and restates the foregoing paragraphs as if fully set forth at length.

19. C2 has infringed and continues to infringe – literally and/or under the doctrine of equivalents – at least one claim of the '453 Patent, by, among other things, selling, offering for sale or importing in this judicial District and elsewhere in the United States concha-stabilized headsets that embody one or more of the claimed inventions of the '453 Patent in violation of 35 U.S.C. § 271(a).

20. Specifically, C2 directly infringes the '453 Patent by selling, offering for sale and/or importing concha-stabilized headsets in the United States, including without limitation the BlueAnt Q2, T1, and T2 Endure headsets, as well as other BlueAnt concha-style headset products incorporating the patented concha-stabilizer headset technology (the "Accused Headsets"). By way of example only, and without limitation, C2 infringes, literally and/or under the doctrine of equivalents, at least claim 10 of the '453 Patent by selling, offering for sale or importing in the United States the Accused Headsets.

21. C2 has committed these acts of infringement without license or authorization.

22. As a result of C2's infringement of the '453 Patent, Plantronics has suffered monetary damages, including without limitation lost profits for diverted sales, price erosion, or both, and is entitled to a money judgment in an amount adequate to compensate for C2's infringement, but in no event less than a reasonable royalty for the use made of the invention by C2, together with interest and costs as fixed by the Court.  Plantronics will continue to suffer damages in the future unless this Court enjoins C2's infringing activities.

23. Plantronics has also suffered and will continue to suffer severe and irreparable harm unless this Court issues a permanent injunction prohibiting C2 and its respective affiliates, subsidiaries, agents, servants, employees, representatives, and all others acting in active concert therewith from infringing the '453 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A. Entry of judgment holding Defendant liable to Plaintiff for infringement of the '453 Patent;

B. An award of damages adequate to compensate Plaintiff for Defendant's infringement of the '453 Patent;

C. A post-judgment accounting of damages for the period of infringement of the '453 Patent following the period of damages established by Plaintiff at trial;

D. An order permanently enjoining Defendant and its respective affiliates, subsidiaries, officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with them, from continued acts of infringement of the '453 Patent;

E. If a permanent injunction is not granted, a judicial determination of the conditions of future infringement such as a royalty bearing compulsory license or such other relief as the Court deems appropriate;

F. An order declaring that this is an exceptional case with the meaning of 35 U.S.C. § 285;

G.      An award of prejudgment interest, post-judgment interest, costs and disbursements, and attorney's fees; and

H.      Such other and further relief to as the Court deems Plaintiff may be entitled in law and equity.

## DEMAND FOR JURY TRIAL

Plantronics, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: October 15, 2014

VALOREM LAW GROUP, LLP

David C. Bohrer (Bar No. 212397)
60 South Market Street, Suite 1250
San Jose, California 95113-2396
Telephone:  (408) 938-3882
Facsimile:   (408) 915-2672
David.bohrer@valoremlaw.com

J. Pat Heptig (Texas Bar No. 793940)
(*pro hac vice pending*)
15050 E. Beltwood Pkwy.
Addison, Texas 75001
Telephone:  (214) 451-2154
Facsimile:   (312) 676-5499
Pat.heptig@valoremlaw.com

Attorneys for Plaintiff Plantronics, Inc.

**CERTIFICATE OF SERVICE**

I, David C. Bohrer, am the ECF User whose identification and password are being used to file this document.  I hereby certify that on October 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email address on file with the Clerk of the Court.


Dated:  October 15, 2014                    */s/  David C. Bohrer*
                                            David C. Bohrer